# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 16, 2018

157044(26)(27)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 157044
                                         COA: 339174

CARL ALLEN WATTS,
           Defendant-Appellant.

                                         Oakland CC: 2010-232734-FH

_____/

      On order of the Court, the motion for reconsideration of this Court's July 27, 2018 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The motion for an evidentiary hearing is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 16, 2018



d1106
                                                Clerk